Morvin DUEL, Commissioner of Insurance, Etc., Plaintiff-Appellee, v. NATIONAL SURETY CORPORATION, Defendant-Appellant.

No. 9025.

Circuit Court of Appeals, Seventh Circuit.

Oct. 24, 1946.

J. G. Hardgrove, Paul R. Newcomb, and Bert Vandervelde, all of Milwaukee, Wis., (Miller, Mack & Fairchild, of Milwaukee, Wis., of counsel), for appellant.

Frank T. Boesel, of Milwaukee, Wis., for appellee.

Before SPARKS and MAJOR, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.

By reference we adopt the opinion of the District Court as that of this court. See 64 F.Supp. 961.

Judgment affirmed.

Ivan Laughlin WAGNER, Appellant, v. UNITED STATES of America, Appellee.

No. 11610.

Circuit Court of Appeals, Fifth Circuit.

Oct. 23, 1946.

Ivan Laughlin Wagner, of Leavenworth, Kansas, in pro. per., for appellant.

John D. Hill, U. S. Atty., of Birmingham, Ala., for appellee.

Before HOLMES, McCORD, and LEE, Circuit Judges.

PER CURIAM.

The motion to dismiss is overruled and the judgment affirmed.

MISSISSIPPI VALLEY TRUST COMPANY, Trustee for the Benefit of Norma Bueltermann, under the Will of Louis Bueltermann, Deceased, Appellant, v. UNITED STATES of America.

No. 13205.

Circuit Court of Appeals, Eighth Circuit.

Sept. 7, 1946.

Abraham Lowenhaupt, Henry C. Lowenhaupt, H. M. Stolar, and Fred L. Kuhlmann, all of St. Louis, Mo., for appellant.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., Harry C. Blanton, U. S. Atty., of Sikestan, Mo., and Russell Vandivort, Asst. U. S. Atty., of St. Louis, Mo., for appellee.

PER CURIAM.

Judgment of District Court, 61 F.Supp. 451, reversed and cause remanded to said District Court for proceedings not inconsistent with opinion in Bueltermann, Appellant, v. United States of America, 8 Cir., 155 F.2d 597, on stipulation of parties.